Robert M. Butler, Henry D. Stevens and Charles G. Bell, partners under the firm name and style of Butler, Stevens & Company, Plaintiffs in Error, v. The Seaboard Air Line Railway Company, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Columbia county; Bascom H. Palmer, Judge.

T. B. Oliver for plaintiffs in error.

Jno. A. Henderson and A. J. Henry for defendant in error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam.*